UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LUIS RIGACCI and BRITTANY RIGACCI, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:17-CV-1601-B |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, | § § § § | |
| Defendant. | § § | |

## ORDER

The parties have filed a Binding Stipulation (Doc. 11) addressing the Court's jurisdiction in this case. In that stipulation, "Defendant agrees that the case be remanded to state court." *Id.* at 2. So in effect, the parties jointly request that the Court remand this case. Accordingly, the Court **ORDERS** that this case be remanded to the County Court at Law No. 2, Dallas County, Texas for further proceedings.

SO ORDERED.

SIGNED: July 19, 2017.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE